IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00300-MSK-CBS

MICHAEL A. COLLINS,
    Plaintiff,
v.

EQUIFAX INFORMATION SERVICES, LLC, and its employees, agents and affiliates, individually,
TRANS UNION, LLC, and its employees, agents and affiliates individually, and
EXPERIAN INFORMATION SOLUTIONS, INC., and its employees, agents and affiliates individually,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff, Mr. Collins', "Notice Withdrawing Plaintiff's Motion to Strike" (filed March 20, 2009) (doc. # 25) (docketed by the Clerk of the Court as a Motion). Pursuant to the Order of Reference dated February 25, 2009 (doc. # 15) and the memorandum dated March 23, 2009 (doc. # 26), the Motion was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Collins' "Notice Withdrawing Plaintiff's Motion to Strike" (filed March 20, 2009) (doc. # 25) (docketed by the Clerk of the Court as a Motion) is GRANTED.

    2.    Mr. Collins' "Motion to Strike Equifax Information Services LLC Answer to Plaintiff's Verified Complaint [sic]" (filed March 9, 2009) (doc. # 18) is WITHDRAWN.

DATED at Denver, Colorado, this 26th day of March, 2009.

BY THE COURT:


    s/Craig B. Shaffer
    United States Magistrate Judge

1