IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00300-MSK-CBS

MICHAEL A. COLLINS,
individually,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
and its employees, agents and affiliates, individually;
TRANS UNION LLC,
and its employees, agents and affiliates, individually;
EXPERIAN INFORMATION SOLUTIONS, INC.,
and its employees, agents and affiliates, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc. Unopposed Motion for Leave to Allow Lead Counsel and Experian's Client Representative to Participate Telephonically in the Settlement Conference (*doc. # 53)* is GRANTED.  Defendant Experian Information Solutions, Inc.'s counsel and client representative shall coordinate to create a conference call among themselves before contacting the Court (303.844.2117) at the scheduled time.

**DATED:**    May 27, 2009