IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00300-MSK-CBS

MICHAEL A. COLLINS,
individually,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
and its employees, agents and affiliates, individually;
TRANS UNION LLC,
and its employees, agents and affiliates, individually;
EXPERIAN INFORMATION SOLUTIONS, INC.,
and its employees, agents and affiliates, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Trans Union LLC's Unopposed Motion for Leave For Client Representative to Attend Settlement Conference (*doc. # 56)* is GRANTED. Trans Union's corporate representative, Ms. Norris, is instructed to provide counsel with her proper contact information so she can be reached, as needed, during the settlement conference.

**DATED:**     May 28, 2009