IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00300-MSK-CBS

MICHAEL A. COLLINS, individually,

        Plaintiff,

v.

TRANS UNION LLC, and its employees, agents and affiliates, individually; and
EXPERIAN INFORMATION SOLUTIONS, INC., and its employees, agents and affiliates, individually,

        Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE

THIS MATTER is before the Court on the Motion to Dismiss with Prejudice **(#63)** filed July 1, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter against Equifax Information Services LLC are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. All future captions shall so reflect.

DATED this 2nd day of July, 2009.

                              **BY THE COURT:**

                              *[signature: Marcia S. Krieger]*

                              Marcia S. Krieger
                              United States District Judge