IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00300-MSK-CBS

MICHAEL A. COLLINS, individually,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and its employees, agents and affiliates, individually,

    Defendant.

---

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT TRANS UNION LLC WITH PREJUDICE

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss with Prejudice **(#59)** filed June 1, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter against Trans Union LLC are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. All future captions shall so reflect.

DATED this 2nd day of July, 2009.

            **BY THE COURT:**

            */s/ Marcia S. Krieger*
            _____

            Marcia S. Krieger
            United States District Judge